LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Xiyi Fu (SBN 278274)
jackie.fu@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Defendant
U.S. Bank National Association

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL FAY,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; U.S. BANK, N.A.,<br><br>        Defendants. | CASE NO.: 2:18-CV-02240-TLN-AC<br><br>**STIPULATION TO CONTINUE THE HEARING ON U.S. BANK NATIONAL ASSOCIATION'S MOTION TO DISMISS AND EXTEND THE ASSOCIATED BRIEFING DEADLINES; ORDER**<br><br>Complaint Filed: August 17, 2018 |

    Defendant U.S. Bank National Association (sued as U.S. Bank, N.A.) ("U.S. Bank") and plaintiff Daniel Fay ("Plaintiff"), by and through their respective counsel of record, jointly stipulate and agree as follows:

## **RECITALS**

    WHEREAS, Plaintiff filed the Complaint on August 17, 2018;

    WHEREAS, on September 6, 2018, the Parties stipulated to extend U.S. Bank's deadline to respond to the Complaint to October 15, 2018;

    WHEREAS, on October 15, 2018, U.S. Bank filed its Motion to Dismiss Plaintiff's Complaint;

WHEREAS, the U.S. Bank's Motion is set for hearing on November 15, 2018;

WHEREAS, the Parties wish to explore potential resolution to the litigation, and in connection with those discussions, the Parties have agreed to and request that the Court continue the November 15, 2018 hearing date and the associated briefing deadlines.

## **STIPULATION**

WHEREFORE, the Parties stipulate and agree:

1. The November 15, 2018 hearing on U.S. Bank's Motion to Dismiss is continued to January 10, 2019, or a date that is convenient for the Court.

2. The deadlines for filing and serving the opposition and reply briefs shall be extended in accordance with Local Rule 230(c)-(d).

**IT IS SO STIPULATED.**

Dated: October 26, 2018　　　　　　　　　　　Respectfully submitted,

LOCKE LORD LLP

By: */s/ Xiyi Fu*
　　Regina J. McClendon
　　Xiyi Fu
Attorneys for Defendant U.S. Bank National Association

Dated: October 26, 2018　　　　　　　　　　　SAGARIA LAW, P.C.

By: */s/ Elliot Gale*
　　Elliot Gale
　　Joe B. Angelo
　　Scott M. Johnson
Attorneys for Plaintiff Daniel Fay

Locke Lord LLP
101 Montgomery Street, Suite 1950
San Francisco, CA 94104

**ORDER**

Having considered the Parties' Stipulation, and good cause appearing therefor, the Court orders as follows:

1. The hearing on U.S. Bank's Motion to Dismiss current set for November 15, 2018 is continued to January 10, 2019 at 2:00 PM.

2. The deadlines for filing and serving the opposition and reply briefs shall be extended in accordance with Local Rule 230(c)-(d).

**IT IS SO ORDERED.**

Dated: October 30, 2018

_____
Troy L. Nunley
United States District Judge